**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:15-cr-00557-CRB |
| v. | **ORDER RE MOTION TO QUASH BRIEFING SCHEDULE AND HEARING** |
| PEDRO JUAREZ, | |
| Defendant. | |

The government and SFPD have moved to quash subpoenas requesting an unredacted police report and so-called <u>Henthorn</u> material.  <u>See</u> Motions to Quash (dkts. 22, 23, 32, 33). Defendant is ORDERED to file an opposition to the so-called <u>Henthorn</u> motion no later than Friday, March 11, 2016.  The government is ORDERED to file a reply no later than Wednesday, March 16, 2016.  Both sets of motions to quash will be heard on Wednesday, March 23, 2016, and the March 9, 2016 hearing on these motions is hereby VACATED.

**IT SO ORDERED.**

Dated: March 8, 2016

HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE